IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CORY L. ELLIS, #205307,         )
                                      )
       Plaintiff,           )
                                      )
   v.                      )       CIVIL ACTION NO. 2:19-CV-1068-WHA
                                      )
WALTER MYERS, et al.,         )
                                      )
       Defendants.      )

## **ORDER**

On January 29, 2020, the Magistrate Judge entered a Recommendation (Doc. #15) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for the plaintiff's failure to provide a current address as ordered by this court.

A separate Final Judgment will be entered.

DONE this 18th day of February, 2020.


       /s/  W. Harold Albritton
       SENIOR UNITED STATES DISTRICT JUDGE