IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CORY L. ELLIS, #205307, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:19-CV-1068-RAH |
| | ) |
| WALTER MYERS, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On August 4, 2020, the Magistrate Judge entered a Recommendation (Doc. 42) to which no timely objections have been filed.  After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for the plaintiff's failure to comply with an order of this court;

3. Other than the filing fee assessed to the plaintiff in this case, no costs are taxed.

A separate Final Judgment will be entered.

DONE, this 10th day of September, 2020.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE